```
                        UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA


RODNEY MURO, et al.,

                                              1:03-cv-6619 OWW SMS
vs.

JEFFREY SIMPSON, et al.,                      NOTICE OF HEARING ON
                                              DISMISSAL FOR LACK
                                              OF PROSECUTION

_____/
```

YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Two of the above-entitled court located at 1130 "O" Street, Fifth Floor, Fresno, California, on June 13, 2005, at 10:00 AM, for dismissal for lack of prosecution.

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.

DATED:  May 9, 2005

                                    JACK L. WAGNER, Clerk

                              By:   /s/ Greg Lucas
                                    G. Lucas, Deputy Clerk