**KEVIN G. LITTLE,** NO 149818
ATTORNEY AT LAW
2115 Kern Street, Suite 330
Fresno, California 93721
Telephone: (559) 486-5730
Facsimile: (559) 486-4759

Attorney for Plaintiffs Rodney Muro
 and Panfilo M. Zamora

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| RODNEY MURO; PANFILO M. ZAMORA, | Case No. CV-F-03-6619 OWW SMS |
| Plaintiffs, | STIPULATION RE CONTINUANCE OF EXPERT DISCLOSURE DEADLINE; ORDER |
| vs. | |
| FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON; FRESNO POLICE OFFICER R. CANCIO; FRESNO POLICE OFFICER R. VILLALVAZO; CALIFORNIA HIGHWAY PATROL OFFICER T. GATES; CALIFORNIA HIGHWAY PATROL OFFICER J. WATSON; CITY OF FRESNO; COUNTY OF FRESNO, CALIFORNIA; and UNKNOWN LAW ENFORCEMENT OFFICERS. | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, that the Expert Disclosure deadline of July 1, 2005, shall be extended by 45 days, to and including, August 15, 2005.

LAW OFFICE OF KEVIN G. LITTLE

DATE: JUNE 26, 2005

BY: /S/ KEVIN G. LITTLE
Kevin G. Little
Attorney for Plaintiffs

STIPULATION RE CONTINUANCE OF
EXPERT DISCLOSURE DEADLINE; ORDER

STATE OF CALIFORNIA
BILL LOCKYER, Attorney General of the State of California
DARRYL L. DOKE, Lead Supervising Deputy Attorney General
THOMAS D. MCCRACKIN, Supervising Deputy Attorney General
Attorneys for Defendants Officers Anthony Gates
  and James Watson

Date: July 29, 2005

By: /s/ Jill Scally
    JILL BUTTRAM SCALLY
Deputy Attorney General


HILDA CANTU MONTOY, City Attorney
CITY OF FRESNO
Attorneys for Defendants City of Fresno, Fresno Police Officer R. Cancio and Fresno Police Officer R, Villalvazo

DATED: July 29, 2005

By: /s/ Francine M. Kanne
    FRANCINE M. KANNE
Deputy City Attorney


McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Attorneys for Defendants County of Fresno and Fresno County Sheriff Deputy Jeffrey Simpson

DATED: July 29, 2005

By: /s/ Michael G. Woods
    MICHAEL G. WOODS


**ORDER**

IT IS SO ORDERED.

DATED: July 6, 2005        /s/ OLIVER W. WANGER
                           _____
                           JUDGE UNITED STATES DISTRICT COURT