UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MURO, et al., | 1:03-CV-6619-OWW-SMS |
| Plaintiffs, | ORDER **VACATING HEARING ON PLAINTIFF'S MOTION TO COMPEL EXPERT DISCOVERY OR AMEND THE SCHEDULING ORDER SET FOR FEBRUARY 24, 2006 (DOC. 42)** |
| v. | |
| FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON, et al., | |
| Defendants. | ORDER DEEMING MOTION SUBMITTED ON THE PLEADINGS (DOC. 42) |
| | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER AND AMENDING SCHEDULING ORDER |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

I. Background

On February 8, 2006, Plaintiff Rodney Muro filed a motion to compel expert discovery, which sought either an order directing compliance with discovery requests by a certain time or, alternatively, amendment of the scheduling order to extend the expert discovery deadline to at least March 8, 2006. Defendants County of Fresno and Fresno County Sheriff Deputy Jeffrey Simpson

1

filed notice of non-opposition on February 15, 2006, agreeing to extend the discovery deadline and thus permitting the County to respond to Plaintiffs' request for production of documents pertaining to expert witnesses to no later than March 8, 2006, but objected to any further extensions absent a stipulation of the parties. On February 21, 2006, Defendants City of Fresno, Officer Ray Villavazo, and Officer Rodney Cancio filed notice of non-opposition to an extension of time to permit Defendants to respond to Plaintiff's request for production of documents pertaining to expert witnesses.

## II. Hearing is Vacated and Motion Is Deemed Submitted

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Plaintiff's motion to compel discovery or, in the alternative, to amend the scheduling order is a matter that may appropriately be submitted upon the record.

Accordingly, the hearing on the motion, presently set for February 24, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

## III. Granting Plaintiff's Motion

Based on the parties' non-opposition, Plaintiff's motion to amend the scheduling order IS GRANTED.

## IV. Amendment of the Scheduling Order

The Court AMENDS the scheduling order as follows:

```
Expert Discovery Cut-Off                    March 24, 2006
Non-Dispositive Motion Filing Deadline      April 7, 2006
Dispositive Motion Filing Deadline          April 28, 2006
Pretrial Hearing                            July 24, 2006*
Trial                                       September 6, 2006
```

//

\* The Honorable Oliver W. Wanger is unavailable for pretrial on July 10, 2006, because he will be attending the Ninth Circuit Conference on that date.

IT IS SO ORDERED.

**Dated:   February 27, 2006**            /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE