Rosemary T. McGuire, Esq.   Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF FRESNO, OFFICER
RAY VILLAVAZO and OFFICER RODNEY CANCIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY MURO; PANFILO M. ZAMORA,<br><br>   Plaintiffs,<br><br>vs.<br><br>FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON; FRESNO POLICE OFFICER R. CANCIO; FRESNO POLICE OFFICER R. VILLALVAZO; CALIFORNIA HIGHWAY PATROL OFFICER T. GATES; CALIFORNIA HIGHWAY PATROL OFFICER J. WATSON; CITY OF FRESNO; COUNTY OF FRESNO; CALIFORNIA; and UNKNOWN LAW ENFORCEMENT OFFICERS<br><br>   Defendants.<br>_____ | CASE NO.  CV-F-03-6619 OWW SMS<br><br>STIPULATION AND  ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that:

    1.    Defendants waive any objection on the basis of timeliness to the plaintiffs' request for production of expert witness files;

    2.    The deadline for expert depositions will be extended from February 24, 2006 to March 30, 2006;

    3.    Defendants will produce their expert for deposition at a mutually convenient time should plaintiffs opt to take the deposition.

DATED: February 21, 2006        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

|   |   |   |
|---|---|---|
|   | By: | /s/ Rosemary T. McGuire |
|   |   | Rosemary T. McGuire |
|   |   | Attorney for Defendants, City of Fresno, |
|   |   | Officer Villavazo and Officer Cancio |

DATED: February 21, 2006           HILDA CANTU MONTOY, City Attorney

|   |   |   |
|---|---|---|
|   | By: | /s/ Francine M. Kanne |
|   |   | Francine M. Kanne |
|   |   | Attorney for Defendants, City of Fresno, |
|   |   | Officer Villavazo and Officer Cancio |

DATED: February 21, 2006           LAW OFFICE OF KEVIN G. LITTLE

|   |   |   |
|---|---|---|
|   | By: | /s/ Kevin G. Little |
|   |   | Kevin G. Little |
|   |   | Attorney for Plaintiffs |

DATED: February 21, 2006           STATE OF CALIFORNIA
                                   Bill Lockyer, Attorney General of the State of California
                                   Darryl L. Doke, Lead Supervising Deputy Attorney General

                                   Thomas D. McCrackin, Supervising Deputy Attorney General

|   |   |   |
|---|---|---|
|   | By: | /s/ Jill Buttram Scally |
|   |   | Jill Buttram Scally |
|   |   | Attorney for Officers Anthony Gates and James Watson |

DATED: February 21, 2006           McCORMICK, BARSTOW, SHEPPARD,
                                   WAYTE & CARRUTH LLP

|   |   |   |
|---|---|---|
|   | By: | /s/ Michael G. Woods |
|   |   | Michael G. Woods |
|   |   | Attorneys for Defendants County of Fresno and |
|   |   | Fresno County Sheriff Deputy Jeffrey Simpson |

**ORDER**

2

1  IT IS SO ORDERED.

2  **Dated:   February 28, 2006**          /s/ Oliver W. Wanger
   emm0d6                                  UNITED STATES DISTRICT JUDGE