# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| RODNEY MURO; PANFILO M. ZAMORA, | No. CV-F-03-6619 OWW   SMS |
| Plaintiffs, | ORDER RE PLAINTIFFS' EX PARTE APPLICATION |
| vs. | |
| FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON; FRESNO POLICE OFFICER R. CANCIO; FRESNO POLICE OFFICER R. VILLALVAZO; CALIFORNIA HIGHWAY PATROL OFFICER T. GATES; CALIFORNIA HIGHWAY PATROL OFFICER J. WATSON; CITY OF FRESNO; COUNTY OF FRESNO; CALIFORNIA; and UNKNOWN LAW ENFORCEMENT OFFICERS | Hearing Date: June 5, 2006<br>Hearing Time: 10:00 a.m.<br>Courtroom: 3, 7th Floor<br>Honorable Oliver W. Wanger<br><br>Trial Date: September 6, 2006 |
| Defendants. | |

This matter is before the Court on plaintiff's *ex parte* application for a forty-five (45) day extension of time to file an opposition to the defendants' motion for summary judgment and for a concomitant continuance of the hearing date.

Good cause appearing, the Court hereby orders as follows:

1. The time for the filing plaintiff's opposition is hereby extended to June 20 , 2006.

2. The moving party's reply is due on June 29, 2006.

3. The hearing is continued to July 6, 2006 at 10:00 a.m.

---

[PROPOSED] ORDER RE *EX PARTE* APPLICATION FOR EXTENSION OF TIME

1 | IT IS SO ORDERED.
2 | DATED: __May 25, 2006_____

_/s/ OLIVER W. WANGER_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE