| | |
|---|---|
| 1 | Rosemary T. McGuire, Esq.  Bar No. 172549 |
| 2 | THE LAW FIRM OF<br>WEAKLEY, RATLIFF, |
| 3 | ARENDT & McGUIRE, LLP<br>1630 East Shaw Avenue, Suite 176 |
| 4 | Fresno, California 93710 |
| 5 | Telephone: (559) 221-5256<br>Facsimile:  (559) 221-5262 |



FILED

SEP 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

Attorneys for Defendants, CITY OF FRESNO, OFFICER RAY VILLAVAZO and OFFICER RODNEY CANCIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MURO; PANFILO M. ZAMORA,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON; FRESNO POLICE OFFICER R. CANCIO; FRESNO POLICE OFFICER R. VILLALVAZO; CALIFORNIA HIGHWAY PATROL OFFICER T. GATES; CALIFORNIA HIGHWAY PATROL OFFICER J. WATSON; CITY OF FRESNO; COUNTY OF FRESNO; CALIFORNIA; and UNKNOWN LAW ENFORCEMENT OFFICERS<br><br>　　　　　　Defendants. | CASE NO.  CV-F-03-6619 OWW SMS<br><br>**ORDER RE: DEFENDANTS' JOINT MOTIONS IN LIMINE**<br><br>**Trial Date: September 6, 2006** |

On September 1, 2006, this matter came before the Court on the hearing of the motions in limine submitted by the parties. Having reviewed the briefs of the parties and heard oral argument regarding Defendants' Joint Motions in Limine, the Court issues the following rulings:

1.　　Defendants' Joint Motion in Limine No. 1 to preclude the testimony of any witnesses who were not disclosed during discovery or provided as supplemental discovery in a timely fashion is GRANTED.

2.      Defendants' Joint Motion in Limine No. 2 to preclude evidence of previous or pending lawsuit(s) against any Defendant officer is GRANTED.

3.      Defendants' Joint Motion in Limine No. 3 to preclude Plaintiffs from presenting evidence included in the personnel record or Internal Affairs file of any individual peace officer is GRANTED.

4.      Defendants' Joint Motion in Limine No. 4 to preclude Plaintiffs' experts from giving opinions regarding: factual determinations, credibility of witnesses, legal conclusions and/or past experiences or claims of success is GRANTED and applies to all experts testifying in this case.

5.      Defendants' Joint Motion in Limine No. 5 to preclude Plaintiffs from calling cumulative experts is GRANTED.

6.      Defendants' Joint Motion in Limine No. 6 to preclude Plaintiffs from introducing opinions from witnesses who lack expertise, specifically to preclude Roger Clark and Ron Weber from testifying with regard to the use of the taser is GRANTED. These experts are precluded from giving tactical opinions regarding use of the taser; however, they can render an opinion about that level of force, as prescribed by generally accepted police procedures and standards.

7.      A final ruling as to Defendants' Joint Motion in Limine No. 7 regarding Plaintiffs' no contest pleas in the criminal matter on the charge of PC 148 is deferred pending further briefing on this issue, which is due by September 5, 2006, by noon. Until the Court makes its final ruling, no reference shall be made to the no contest pleas of Plaintiffs.

8.      Defendants' Joint Motion in Limine No. 8 to exclude improper comments regarding damages is GRANTED.

9.      Defendants' Joint Motion in Limine No. 9 to exclude evidence of Defendants' liability insurance is GRANTED.

10.     Defendants' Joint Motion in Limine No. 10 to exclude Plaintiffs from commenting, arguing or referring to any alleged inadequate training of any individual Defendant is GRANTED.

11. Defendants' Joint Motion in Limine No. 11 to preclude Plaintiffs from soliciting evidence regarding the Defendant officers' indemnification by their employing entity is GRANTED.

12. Defendants' Joint Motion in Limine No. 12 to preclude Plaintiffs from offering character evidence is GRANTED. With regard to specific photographs, the photographs of Plaintiff Muro with Fresno police officers are excluded. The Court will review any additional photographs and make rulings prior to their being presented to the jury.

13. Defendants' Joint Motion in Limine No. 13 to preclude Plaintiffs from presenting evidence, through the opinions of their experts, that the object of the officers' presence was retaliatory as testified to by Roger Clark is GRANTED.

14. Defendants' Joint Motion in Limine No. 14 to preclude Plaintiffs from presenting evidence or arguing that the warrant was not valid or legally enforceable is GRANTED.

**IT IS SO ORDERED.**

DATED: 9-5-06

United States District Court Judge