```
                                            FILED
                                      JUDGMENT ENTERED

                                   _____Sept. 22, 2006____
                                              Date
                                   by _____G. Lucas_____
                                           Deputy Clerk
                                       U.S. District Court
                                    Eastern District of California
                                   __XX____ FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RODNEY MURO and PANFILO MICHAEL
ZAMORA,

       Plaintiff,

vs.

JEFFREY SIMPSON, RODNEY CANCINO,
RAFAEL VILLALVAZO, ANTHONY GATES,
and JAMES WATSON,

       Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:03-CV-6619 OWW SMS

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants JEFFREY SIMPSON, RODNEY CANCINO, RAFAEL VILLALVAZO, ANTHONY GATES and JAMES WATSON and against the plaintiffs RODNEY MURO and PANFILO MICHAEL ZAMORA.

DATED: September 22, 2006

                                          JACK L. WAGNER, Clerk

                                          /S/ Greg Lucas
                              By:
                                          Deputy Clerk

jgm.civ
2/1/95