**ISSUED**

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TEL NO.: |
|---|---|
| [X] Recording requested by and return to: Michael G. Woods<br>McCormick Barstow Sheppard Wayte & Carruth<br>5 River Park Place East<br>Fresno, CA 93720<br>(559) 433-1300 | |

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

NAME OF COURT: U. S. DISTRICT COURT
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: Fresno, CA 93724
CITY AND ZIP CODE: Eastern District
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: RODNEY MURO and PANFILO M. ZAMORA
DEFENDANT: FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON; FRESNO POLICE OFFICER R. CANTU; ET AL.

**ABSTRACT OF JUDGMENT**    [ ] Amended

CASE NUMBER: CIV-F-03-6619 OWW SMS

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Rodney J. Muro
      4633 E. Michigan
      Fresno, CA 93703

   b. Driver's license No. and state:   [X] Unknown
   c. Social security No.:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. [X] Information on additional judgment debtors is shown on page two.

Date: April 25 2007
Michael G. Woods
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address)*: County of Fresno and Fresno Co. Sheriff Deputy Jeffrey Simpson c/o Michael G. Woods
4. Judgment debtor *(full name as it appears in judgment)*:
   Rodney J. Muro; Panfilo M. Zamora

6. Total amount of judgment as entered or last renewed:
   $3,126.46
7. [ ] An [ ] execution lien [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

[SEAL]

5. a. Judgment entered on
      *(date)*: 9-22-06; 11-20-06
   b. Renewal entered on *(date)*:
   c. Renewal entered on *(date)*:

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date)*:
9. [ ] This judgment is an installment judgment.

This abstract issued on *(date)*: 9-27-07

Clerk, by *(signature)*, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2002]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: | RODNEY MURO AND PANFILO M. ZAMORA | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON et al. | CIV-F-03-6619 OWW SMS |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address
Panfilo Michael Zamora
5069 East Hammond
Fresno, CA  93727

Driver's license No. & state:  [X] Unknown
Social security No.:  [X] Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address

Driver's license No. & state:  [ ] Unknown
Social security No.:  [ ] Unknown
Summons was personally served at or mailed to (address):

11. Name and last known address

Driver's license No. & state:  [ ] Unknown
Social security No.:  [ ] Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address

Driver's license No. & state:  [ ] Unknown
Social security No.:  [ ] Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address

Driver's license No. & state:  [ ] Unknown
Social security No.:  [ ] Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license No. & state:  [ ] Unknown
Social security No.:  [ ] Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address

Driver's license No. & state:  [ ] Unknown
Social security No.:  [ ] Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license No. & state:  [ ] Unknown
Social security No.:  [ ] Unknown
Summons was personally served at or mailed to (address):

18. [ ] Continued on Attachment 18.

Case 1:03-cv-06619-OWW-SMS   Document 188   Filed 04/27/07   Page 3 of 3
Case 1:03-cv-06619-OWW-SMS   Document 179   Filed 11/20/2006   Page 1 of 1
Case 1:03-cv-06619-OWW-SMS   Document 165-1   Filed 10/06/2006   Page 1 of 3

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
### Eastern District of California

RODNEY MURO; PANFILO M. ZAMORA,

V.

FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON, et al.

**AMENDED**

**BILL OF COSTS**

Case Number: CV-F-03-6619 OWW SMS

Judgment having been entered in the above entitled action on  September 22, 2006  against MICHAEL ZAMORA
Date

RODNEY MURO and PANFILO

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,425.70 ~~$4,308.93~~ |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | $165.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $535.76 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ ~~$5,009.69~~ 3,126.46 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

X   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   /s/ Michael G. Woods

Name of Attorney:   Michael G. Woods

For: COUNTY OF FRESNO and FRESNO COUNTY SHERIFF DEPUTY JEFFREY SIMPSON

Date: October 3, 2006

Name of Claiming Party

Costs are taxed in the amount of  $ 3,126.46   and included in the judgment.

VICTORIA C. MINOR   By: S. Lucas   11/20/06
CLERK                     DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com